1  EMARD, DANOFF, PORT & TAMULSKI, LLP
   James J. Tamulski (State Bar #64880)
2  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
3  Telephone:     (415) 227-9455
   Facsimile:     (415) 227-4255
4  E-Mail:        jtamulski@edptlaw.com

5  Attorneys for Defendants
   LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;
6
   CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
7  CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

8  DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
   DRIFTWOOD LODGE, EDWARDS TRUST;
9
   THUNDERBIRD MOTEL, MICHAEL BLANK dba
10 THUNDERBIRD MOTEL; and

11 TRAVEL INN, AMTHABHI PATEL and
   SUMITRA PATEL dba TRAVEL INN
12

13              UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15                 SACRAMENTO DIVISION

16

17 ANDI MILLARD,                    No.:    CIV-S03-1467 WBS/GGH

18          Plaintiff,              RELATED CASE NOS.
                                    **CIV-S03-1468 WBS/GGH**
19     vs.                          CIV-S03-1480 WBS/GGH
                                    CIV-S03-1481 WBS/GGH
20 LA BAER INN, EDWARDS 1991        CIV-S03-1482 WBS/GGH
   REVOCABLE TRUST,
21                                  **SUBSTITUTION OF ATTORNEYS**
          Defendants.
22 ANDI MILLARD,

23          Plaintiff,

24     vs.

25 CARRIAGE HOUSE INN; EDWARD M.
   SILVERA dba CARRIAGE HOUSE INN,
26 SILVERA 2001 TRUST,

27          Defendants.

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHI1\DSHI2\inBOX\Signed\Substitution.doc

1    ANDI MILLARD,

2              Plaintiff,

3         vs.

4    DRIFTWOOD LODGE AND CAFÉ,
     CHUCK EDWARDS dba
5    DRIFTWOOD LODGE; and
     DOES 1 through 35, inclusive,
6
               Defendants.
7    ANDI MILLARD,

8              Plaintiff,

9         vs.

10   TRAVEL INN, AMTHABHI PATEL and
     SUMITRA PATEL dba TRAVEL INN;
11   and DOES 1 through 35, inclusive,

12             Defendants.
     ANDI MILLARD,
13
               Plaintiff,
14
          vs.
15
     THUNDERBIRD MOTEL,
16   MICHAEL BLANK dba
     THUNDERBIRD MOTEL; and
17   DOES 1 through 35, inclusive,

18             Defendants.

19

20        TO:    THE COURT AND ALL PARTIES:

21        Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

22   CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and

23   SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba

24   DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK

25   dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and

26   SUMITRA PATEL dba TRAVEL INN hereby substitute Emard, Danoff, Port & Tamulski, LLP,

27   49 Stevenson Street, Suite 400, San Francisco, CA  94105, (415) 227-9455, in place and instead

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHI\DSHI2\inBOX\Signed\Substitution.doc

1  of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP,

2  50 California Street, 34th Floor, San Francisco, CA  94111, (415) 398-3600.

3        We consent to the substitution.

4  DATED:  August ___, 2005        EMARD, DANOFF, PORT & TAMULSKI LLP
                                    49 Stevenson Street, Suite 400
5                                   San Francisco, CA  94105
                                    (415) 227-9455
6

7                                   By_____
                                           James J. Tamulski
8

9        We consent to the substitution.

10  DATED:  August ___, 2005        LA BAER INN

11

12                                  By_____
                                           Richard S. Edwards
13

14        We consent to the substitution.

15  DATED:  August ___, 2005        CARRIAGE HOUSE INN

16

17                                  By_____
                                           Edward Michael Silvera
18

19        We consent to the substitution.

20  DATED:  August ___, 2005        DRIFTWOOD LODGE AND CAFÉ

21

22                                  By_____
                                           Richard S. Edwards
23

24        We consent to the substitution.

25  DATED:  August ___, 2005        THUNDERBIRD MOTEL

26

27                                  By_____
                                           Michael Blank
28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHI1\DSHI2\inBOX\Signed\Substitution.doc

1    We consent to the substitution.

2    DATED:  August ___, 2005            TRAVEL INN

3

4                                        By_____
                                             Sushil A. Patel
5

6    We consent to the substitution.

7    Dated:  August 16, 2005             NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

8                                        50 CALIFORNIA STREET, 34TH FLOOR
                                         SAN FRANCISCO, CA  94111
9                                        (415) 398-3600

10

11

12                                       By:_____

13                                           Carol René Brophy

14

15   Good cause appearing,

16   IT IS SO ORDERED.

17

18   DATED:  August  17, 2005

19                                       _____
                                         WILLIAM B. SHUBB
20                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

SUBSTITUTION OF ATTORNEYS
Case No. CIV-S03-1467 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Substitution.doc