1  EMARD, DANOFF, PORT & TAMULSKI, LLP
   James J. Tamulski (State Bar #64880)
2  Katharine Essick (State Bar #219426)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:   (415) 227-9455
4  Facsimile:   (415) 227-4255
   E-Mail:   jtamulski@edptlaw.com
5
   Attorneys for Defendants
6
   CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
7  CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

8  DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
   DRIFTWOOD LODGE, EDWARDS TRUST;
9
   THUNDERBIRD MOTEL, MICHAEL BLANK dba
10 THUNDERBIRD MOTEL; and

11 TRAVEL INN, AMTHABHI PATEL and
   SUMITRA PATEL dba TRAVEL INN
12

13                     UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                          SACRAMENTO DIVISION

16

| | |
|---|---|
| ANDI MILLARD, | No.:   **CIV-S03-1481 WBS/GGH** |
| Plaintiff, | RELATED CASE NOS. |
| | CIV-S03-1467 WBS/GGH |
| vs. | CIV-S03-1468 WBS/GGH |
| | CIV-S03-1480 WBS/GGH |
| | CIV-S03-1482 WBS/GGH |
| THUNDERBIRD MOTEL; MICHAEL BLANK dba THUNDERBIRD MOTEL; and DOES 1 through 35, inclusive, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS** |
| Defendants. | |

- 1 -

STIPULATION AND [PROPOSED] ORDER TO DISMISS
Case No. CIV-S03-1481 WBS/GGH
G:\DOCS\SHJ\DSHJ2\inBOX\Signed Stip and Order to Dismiss (Thunderbird).doc

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS the Court has ordered that defendants THUNDERBIRD MOTEL and
2  MICHAEL BLANK dba THUNDERBIRD MOTEL ("Defendants") pay an award of attorney
3  fees, litigation expenses and costs to plaintiff Andi Millard ("Plaintiff");
4  WHEREAS Defendants have disbursed the entire award to Plaintiff's attorneys;
5  THE PARTIES HEREBY STIPULATE that the action MILLARD v. THUNDERBIRD
6  MOTEL et al., Case No. CIV-S03-1481 WBS/GGH, be dismissed with prejudice in its entirety.

DATED:  3/6/06                          LAW OFFICES OF PAUL L. REIN

                                        By:_____/S/_____
                                            Paul L. Rein
                                            Attorneys for Plaintiff
                                            ANDI MILLARD

DATED:  3/14/06                         EMARD, DANOFF, PORT & TAMULSKI, LLP
                                            James J. Tamulski
                                            Katharine Essick

                                        By:_____/S/_____
                                            Katharine Essick
                                            Attorneys for Defendants
                                            LA BAER INN, EDWARDS 1991
                                            REVOCABLE TRUST;  CARRIAGE
                                            HOUSE INN, EDWARD M. SILVERA dba
                                            CARRIAGE HOUSE INN, and SILVERA
                                            2001 TRUST; DRIFTWOOD LODGE AND
                                            CAFÉ, CHUCK EDWARDS dba
                                            DRIFTWOOD LODGE, EDWARDS
                                            TRUST; THUNDERBIRD MOTEL,
                                            MICHAEL BLANK dba THUNDERBIRD
                                            MOTEL; and TRAVEL INN, AMTHABHI
                                            PATEL and SUMITRA PATEL dba
                                            TRAVEL INN

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER TO DISMISS
Case No. CIV-S03-1481 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Thunderbird).doc

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION OF SIGNATURES**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

_____/S/_____
Katharine Essick

**ORDER**

The action MILLARD v. THUNDERBIRD MOTEL et al., Case No. CIV-S03-1481 WBS/GGH, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Date:  March 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 3 -

STIPULATION AND [PROPOSED] ORDER TO DISMISS
Case No. CIV-S03-1481 WBS/GGH
G:\DOCS\SHU\SHU\2\inBOX\Signed\Stip and Order to Dismiss (Thunderbird).doc

PDF created with pdfFactory trial version www.pdffactory.com